EDUARDO G. ROY (Bar No. 146316)
JOHN R. HURLEY (Bar no. 203641)
PROMETHEUS PARTNERS L.L.P.
220 Montgomery Street Suite 1094
San Francisco, CA 94104
Telephone: 415.527.0255

Attorneys for Plaintiff
Michael Dietrick

**UNITED STATES DISTIRCT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL DIETRICK, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>SECURITAS SECURITY SERVICES USA, INC.,<br><br>　　　　　　　Defendant. | Case No.: 3:13-cv-05016-JST<br><br>**STIPULATION AND [PROPOSED] ORDER RE TOLLING OF STATUTE OF LIMITATIONS** |

1    Plaintiff Michael Dietrick ("Plaintiff") and Defendant Securitas Security Services USA, Inc.
2 ("Securitas") hereby stipulate and agree as follows:
3    WHEREAS, Plaintiff has filed the present action against Securitas bringing (among others),
4 claims for alleged violation of the Fair Labor Standards Act, 29 U.S.C. §201 *et seq.* (the "FLSA").
5    WHEREAS, Plaintiff has asserted such claims on behalf of other former or current employees of
6 Securitas and seeks certification of the case as a collective action under the FLSA;
7    WHEREAS, the parties and their counsel believe that the primary issues of liability in this case
8 may be resolved by way of an early motion for summary judgment to be filed by Securitas;
9    WHEREAS, Securitas intends to file an early motion for summary judgment that could thus be
10 dispositive of the primary issues of liability in this case;
11    WHEREAS, the parties and their counsel believe that the outcome of such early motion for
12 summary judgment could either dispose of Plaintiff's claims or position the case for potential settlement;
13    WHEREAS, Securitas and its counsel wish to avoid the time, expense and effort that would be
14 necessary to contest a motion for certification until after a ruling on summary judgment; and
15    WHEREAS, Plaintiff and his counsel wish to avoid potential prejudice to absent parties that may
16 attend from any delay in seeking conditional certification of this case as a collective action:
17    IT IS THEREFORE STIPULATED AND AGREED AS FOLLOWS:
18    1. No statute of limitations shall run on any of the claims asserted under the FLSA in this
19       action, and the same shall be tolled, with respect to Plaintiff and any person(s)
20       encompassed within any collective action which may be certified (conditionally or
21       otherwise) in this action.
22    2. This tolling period shall run until fourteen (14) days after the Court issues a ruling on the
23       motion for summary judgment which Securitas intends to file.
24    3. So long as Securitas has not yet filed a motion for summary judgment, it may terminate
25       this tolling period by filing notice with the Court, and the tolling period will terminate
26       thirty (30) days after such notice is filed and served.
27    Pursuant to Local Rule 5-1(i)(3), the undersigned filer of this document hereby attests that
28 concurrence in the filing has been obtained from each of the other signatories, which shall serve in lieu

2
STIPULATION RE TOLLING

of their signatures on the document.

IT IS SO STIPULATED.

DATED: January 15, 2014            Respectfully submitted,

PROMETHEUS PARTNERS L.L.P.

By: /s/ John R. Hurley
John R. Hurley, Esq.
Attorneys for Plaintiff Michael Dietrick

DATED: January 15, 2014            Respectfully submitted,

THARPE & HOWELL, LLP

By: /s/ Sherry B. Shavit
Sherry B. Shavit, Esq.
Attorneys for Defendant Securitas Security Services USA, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January 15, 2014

By: _____
Jon S. Tigar
United States District Court Judge