SHERRY B. SHAVIT, ESQ.; STATE BAR NO.: 193222
 E-mail: sshavit@tharpe-howell.com
BRIAN R. TINKHAM, ESQ.; STATE BAR NO.: 237053
 E-mail: btinkham@tharpe-howell.com
 **THARPE & HOWELL, LLP**
 15250 Ventura Blvd., Ninth Floor
 Sherman Oaks, California  91403
  Tel: (818) 205-9955
  Fax: (818) 205-9944

Attorneys for Defendant,
SECURITAS SECURITY SERVICES,
USA, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DIETRICK<br><br>             Plaintiff,<br><br>v.<br><br>SECURITAS SECURITY SERVICES USA, INC.,<br><br>             Defendant. | Case No.: 3:13-cv-05016-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO APPEAR BY TELEPHONE AT THE CASE MANAGEMENT CONFERENCE** |

Plaintiff MICHAEL DIETRICK ("Plaintiff") and Defendant SECURITAS SECURITY SERVICES USA, INC. ("Securitas") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate to appear by telephone at the February 12, 2014 Case Management Conference.

I, Sherry B. Shavit, am the ECF User whose identification and password are being used to file this Stipulation. In compliance with Local Rule 5-1(i)(3), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

IT IS SO STIPULATED.

Dated: January 28, 2014               THARPE & HOWELL, LLP

                                      By: /s/ Sherry B. Shavit
                                          SHERRY B. SHAVIT
                                          Attorneys for Defendant,
                                          SECURITAS SECURITY SERVICES,
                                          USA, INC.

Dated: January 28, 2014               PROMETHEUS PARTNERS L.L.P

                                      By: /s/ John R. Hurley
                                          JOHN R. HURLEY
                                          Attorneys for Plaintiff,
                                          MICHEAL DIETRICK

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

# ORDER

Not less than twenty-four hours before the conference, the parties shall contact the courtroom deputy at 415-522-2036 or jstcrd@cand.uscourts.gov to provide one number at which all attorneys can be reached for the conference.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 29, 2014          By: _____
                                     JON S. TIGAR
                                     U.S. District Judge



IT IS SO ORDERED AS MODIFIED
Judge Jon S. Tigar

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221