1  EDUARDO G. ROY (Bar No. 146316)
   JOHN R. HURLEY (Bar no. 203641)
2  PROMETHEUS PARTNERS L.L.P.
   220 Montgomery Street Suite 1094
3  San Francisco, CA 94104
   Telephone: 415.527.0255
4
   Attorneys for Plaintiff
5  Michael Dietrick

**UNITED STATES DISTIRCT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL DIETRICK, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>SECURITAS SECURITY SERVICES USA, INC.,<br><br>        Defendant. | Case No.: 3:13-cv-5016<br><br>**STIPULATION AND [PROPOSED] ORDER RE FILING OF AND RESPONDING TO FIRST AMENDED COMPLAINT**<br><br>**F.R.C.P. 15** |

Plaintiff Michael Dietrick ("Plaintiff") and Defendant Securitas Security Services USA, Inc. ("Securitas USA") hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed his original Complaint in this action on October 28, 2013, and that Complaint is the currently operative pleading;

WHEREAS, Securitas USA filed its Answer to the operative Complaint on December 31, 2013;

WHEREAS, Plaintiff seeks to file a First Amended Complaint in order to assert claims under the California Private Attorneys General Act, Labor Code §2698, et seq.;

WHEREAS, Securitas USA consents to the filing of the First Amended Complaint pursuant to Fed. R. Civ. Proc. 15(a)(2);

WHEREAS, by consenting to the filing of the First Amended Complaint, Securitas USA is not admitting to the truth of the allegations set forth therein nor conceding the factual or legal adequacy thereof;

WHEREAS, the proposed First Amended Complaint is submitted concurrently herewith in accordance with Civil Local Rule 10-1.

IT IS THEREFORE STIPULATED AND AGREED AS FOLLOWS:

1. That Plaintiff's First Amended Complaint shall be the now-operative pleading in the above-captioned litigation;
2. That Plaintiff's First Amended Complaint shall be deemed filed and served on the date the Court gives notice of entry of the [Proposed] Order;
3. That Securitas USA shall have 14 days from such date in which to Answer or otherwise respond to the First Amended Complaint.

Pursuant to Local Rule 5-1(i)(3), the undersigned filer of this document hereby attests that concurrence in the filing has been obtained from each of the other signatories, which shall serve in lieu of their signatures on the document.

IT IS SO STIPULATED.

DATED: January 29, 2014                    Respectfully submitted,

                                                        PROMETHEUS PARTNERS L.L.P.

                                                       By:   /s/ John R. Hurley
                                                                John R. Hurley, Esq.
                                                                Attorneys for Plaintiff Michael Dietrick

DATED: January 29, 2014                    Respectfully submitted,

                                                        THARPE & HOWELL, LLP

                                                       By:   /s/ Sherry B. Shavit
                                                              Sherry B. Shavit, Esq.
                                                              Attorneys for Defendant Securitas
                                                              Security Services USA, Inc.

ORDER

The plaintiff shall file his First Amended Complaint within three days of the filing of this Order.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January 29, 2014

                                                       By:   _____
                                                              Jon S. Tigar
                                                              United States District Judge

*[Stamp: IT IS SO ORDERED AS MODIFIED — Jon S. Tigar, United States District Court, Northern District of California]*