| | |
|---|---|
| 1 | EDUARDO G. ROY (Bar No. 146316) |
| 2 | DANIEL C. QUINTERO (Bar No. 196492) |
|   | JILL DESSALINES (Bar No. 123825) |
| 3 | JOHN R. HURLEY (Bar No. 203641) |
|   | PROMETHEUS PARTNERS L.L.P. |
| 4 | 220 Montgomery Street Suite 1094 |
|   | San Francisco, CA 94104 |
| 5 | Telephone: 415.527.0255 |

Attorneys for Plaintiff
Michael Deatrick

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| MICHAEL DIETRICK, individually and on behalf of all others similarly situated, | Case No.: 3:13-cv-5016 JST |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE FILING OF AND RESPONDING TO SECOND AMENDED COMPLAINT** |
| v. | |
| SECURITAS SECURITY SERVICES USA, INC., | **F.R.C.P. 15** |
| Defendant. | |

Plaintiff Michael Deatrick ("Plaintiff") and Defendant Securitas Security Services USA, Inc. ("Securitas USA") hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed his original Complaint in this action on October 28, 2013, and an amended Complaint on February 13, 2014, that is the currently operative pleading;

WHEREAS, the Plaintiff's last name was inadvertently spelled Dietrick instead of Deatrick, and Plaintiff wishes to correct the spelling of his name in the pleadings and on the case caption;

WHEREAS the requested amendment would merely correct a name and does not affect the substantive rights of the parties;

WHEREAS Federal Rule of Civil Procedure 15(a) provides that leave to amend "shall be freely given when justice so requires;

WHEREAS Plaintiff requests that this Court permit the proposed amendment in the interest of accuracy of the pleadings;

WHEREAS Securitas USA does not oppose and agrees to the Amendment;

IT IS THEREFORE STIPULATED AND AGREED AS FOLLOWS:

1. That Plaintiff shall be given leave to file the Second Amended Complaint submitted concurrently with this stipulation;
2. That Securitas USA shall have 14 days from the date of filing in which to Answer the Second Amended Complaint.

Pursuant to Local Rule 5-1(i)(3), the undersigned filer of this document hereby attests that concurrence in the filing has been obtained from each of the other signatories, which shall serve in lieu of their signatures on the document.

IT IS SO STIPULATED.

DATED:  July 3, 2014                                      Respectfully submitted,

                                                          PROMETHEUS PARTNERS L.L.P.

                                                          By:    /s/ John R. Hurley
                                                                John R. Hurley, Esq.
                                                                Attorneys for Plaintiff Michael Deatrick

DATED:  July 3, 2014                                      Respectfully submitted,

                                                          THARPE & HOWELL, LLP

                                                          By:    /s/ Sherry B. Shavit
                                                                Sherry B. Shavit, Esq.
                                                               Attorneys for Defendant Securitas
                                                               Security Services USA, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.  Further, the Clerk of the Court is directed to change the caption of the case in the Court records to reflect the proper spelling of the name of Plaintiff Michael Deatrick.

DATED:  July 7, 2014

                                                          By: _____
                                                              Judge Jon S. Tigar
                                                              United States District Court Judge

*IT IS SO ORDERED* (seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA)