1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| MICHAEL DEATRICK, individually and on behalf of all others similarly situated, and as representative of the State of California,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>SECURITAS SECURITY SERVICES USA, INC.,<br><br>　　　　　　　Defendant. | Case No.: 3:13-cv-05016-JST<br><br>[PROPOSED] ORDER GRANTING DEFENDANT SECURITAS SECURITY SERVICES USA, INC.'S *EX PARTE* APPLICATION FOR AN ORDER MODIFYING SCHEDULING ORDER AND EXTENDING DEADLINE TO PARTICIPATE IN MEDIATION |


1  The Court, having read and considered Securitas Security Services USA, Inc.'s *Ex Parte* Application For An Order Modifying Scheduling Order And Extending Deadline To Participate In Mediation and good cause appearing therefor, hereby rules and Orders as follows:

The application is GRANTED.

1. The parties are relieved from the current deadline of August 22, 2014, to participate in mediation.

2. The deadline for the parties to participate in mediation shall be continued to ~~90~~ 45 days after the last date for putative class members to opt-in to the collective action, should the Court grant Plaintiff's pending Motion for Certification of FLSA Collective Action.

///
///
///
///

**IT IS SO ORDERED.**

DATED:  August 19, 2014



IT IS SO ORDERED AS MODIFIED
Judge Jon S. Tigar