SHERRY B. SHAVIT, ESQ.; STATE BAR NO.: 193222
  E-mail: sshavit@tharpe-howell.com
GABRIEL J. PADILLA, ESQ.; STATE BAR NO.: 227591
  E-mail: gpadilla@tharpe-howell.com
**THARPE & HOWELL, LLP**
15250 Ventura Blvd., Ninth Floor
Sherman Oaks, California  91403
Tel: (818) 205-9955
Fax: (818) 205-9944

J. KEVIN LILLY, ESQ.; STATE BAR NO.: 119981
  E-mail: klilly@littler.com
**LITTLER MENDELSON PC**
2049 Century Park East, 5th Floor
Los Angeles, CA 90067
Tel: (310) 553-0308
Fax: (310) 553-5583

Attorneys for Defendant,
SECURITAS SECURITY SERVICES USA, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DEATRICK, individually and on behalf of all others similarly situated, and as representative of the State of California,<br><br>Plaintiff,<br><br>v.<br><br>SECURITAS SECURITY SERVICES USA, INC.,<br><br>Defendant. | Case No.: 3:13-cv-05016-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REQUESTING MODIFICATION OF DATE AND TIME** |

## I. INTRODUCTION

Pursuant to Civil Local Rules 6-1, 6-2 and 17-2, the undersigned counsel hereby jointly request an order changing time for the purpose of conserving the time and resources of the Court and the parties. In particular, a Further Case Management Conference ("CMC") in this matter currently is set for September 17, 2014, at 2:00 p.m. Also, the hearing on Plaintiff's Motion for Certification of FLSA Collective Action and Issuance of Notice ("Plaintiff's Motion") is on calendar for September 18, 2014, at 2:00 p.m. The parties request that the CMC and the hearing on Plaintiff's Motion be set for the same day, either September 17, 2014 or September 18, 2014, whichever is most convenient for the Court.

## II. THE REQUESTED ORDER TO CHANGE TIME IS APPROPRIATE

Pursuant to Local Rule 6-2(a)(1), parties filing a stipulation requesting an order changing time that would affect the date of an event already fixed by Court order must (1) set forth with particularity the reasons for the requested change, (2) disclose all previous time modifications in the case, whether by stipulation or Court order, and (3) describe the effect that the requested time modification would have on the schedule for the case.

### A. Reasons for the Requested Relief

The reason for the requested order is to promote efficiency and to conserve the time and resources of the Court as well as the parties. The parties understand that the Court's Standing Order for all Civil Cases, dated September 17, 2013, provides that the Court hears civil motions on Thursdays at 2:00 p.m. and that case management conferences are held on Wednesdays at 2:00 p.m. Here, the Further CMC and the hearing on Plaintiff's Motion are on back-to-back days. Counsel for both parties believe that it makes sense to have both events on the same day for the sake of efficiency and convenience.

Further, Defendant Securitas Security Services USA, Inc. ("SUSA") has filed an *Ex Parte* Application for an Order Modifying Scheduling Order and Extending

Deadline to Participate in Mediation, in which SUSA requests that the Court relieve the parties from the current August 22, 2014 deadline to participate in mediation, and continue such deadline until after adjudication of Plaintiff's Motion and the close of any subsequent opt-in period. Should the Court grant SUSA's *ex parte* application and then issue a ruling on Plaintiff's Motion at the hearing, the parties believe it would make sense to then immediately conduct the CMC and for the Court to designate a new deadline for the parties to participate in mediation at that time.

Finally, counsel for SUSA respectfully asks the Court to take into consideration that she will be travelling from Los Angeles to San Francisco to participate in both the CMC and the hearing on Plaintiff's Motion. Conducting the CMC and the hearing on the same day would conserve her time and the resources of her client.

### B. Previous Time Modifications

Pursuant to Local Rule 6-2(a)(2), the parties disclose that the only previous time modifications in the case were (1) the continuance of the Initial Case Management Conference from January 28, 2014 to February 12, 2014, following the November 14, 2013 reassignment of this case to this Court and (2) the June 11, 2014 Clerk notice continuing the Further Case Management Conference from September 10, 2014, to September 17, 2014.

### D. Effect on Case Schedule

Pursuant to Local Rule 6-2(a)(3), the requested time modification would have minimal or no effect on the case schedule other than fostering efficiency and convenience for the Court and the parties. No other dates on the case schedule would be affected by the requested modification.

### III. STIPULATION

THE PARTIES HEREBY STIPULATE, by and through their respective counsel, and respectfully request that the Court modify the case schedule in one of the following ways:

- The Further Case Management Conference (currently set for September 17, 2014, at 2:00 p.m.) and the hearing on Plaintiff's Motion for Certification of FLSA Collective Action and Issuance of Notice (currently set for September 18, 2014, at 2:00 p.m.) both shall be scheduled to take place on **September 17, 2014, at 2:00 p.m.**; or

- The Further Case Management Conference (currently set for September 17, 2014, at 2:00 p.m.) and the hearing on Plaintiff's Motion for Certification of FLSA Collective Action and Issuance of Notice (currently set for September 18, 2014, at 2:00 p.m.) both shall be scheduled to take place on **September 18, 2014, at 2:00 p.m.**

Dated: August __, 2014                    THARPE & HOWELL, LLP

                                          By: _____
                                              SHERRY B. SHAVIT
                                              GABRIEL J. PADILLA
                                              Attorneys for Defendant,
                                              SECURITAS SECURITY SERVICES,
                                              USA, INC.

Dated: August __, 2014                    THARPE & HOWELL, LLP

                                          By: _____
                                              SHERRY B. SHAVIT
                                              GABRIEL J. PADILLA
                                              Attorneys for Defendant,
                                              SECURITAS SECURITY SERVICES,
                                              USA, INC.

PURSUANT TO STIPULATION, IT IS ORDERED AS FOLLOWS:

~~_____     The Further Case Management Conference (currently set for September 17, 2014, at 2:00 p.m.) and the hearing on Plaintiff's Motion for Certification of FLSA Collective Action and Issuance of Notice (currently set for September 18, 2014, at 2:00 p.m.) both shall be scheduled to take place on **September 17, 2014, at 2:00 p.m.**~~

✓     The Further Case Management Conference (currently set for September 17, 2014, at 2:00 p.m.) and the hearing on Plaintiff's Motion for Certification of FLSA Collective Action and Issuance of Notice (currently set for September 18, 2014, at 2:00 p.m.) both shall be scheduled to take place on **September 18, 2014, at 2:00 p.m.**

**IT IS SO ORDERED.**

DATED:     August 19, 2014



IT IS SO ORDERED
Judge Jon S. Tigar

- 4 -
JOINT STIPULATION FOR ORDER REQUESTING MODIFICATION OF TIME
3:13-cv-05016-JST