UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DEATRICK, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>SECURITAS SECURITY SERVICES USA, INC.,<br><br>　　　　Defendant. | Case No. 13-cv-05016-JST<br><br>**ORDER REGARDING VOLUNTARY DISMISSAL AND WITHDRAWAL OF CONSENT TO JOIN**<br><br>Re: ECF No. 77 |

The Court has received the Notice of Voluntary Dismissal and Withdrawal of Consent to Join by Kevin W. Hague. ECF No. 77. In the Notice, Mr. Hague, who submitted a written Consent to Join this collective action, withdraws his Consent to Join and requests that his claims and his claims alone be dismissed without prejudice. <u>Id.</u> at 2. Accordingly, Mr. Hague's claims against Defendant Securitas Security Services USA, Inc. are hereby dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: January 12, 2015

　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge