UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DEATRICK,<br><br>    Plaintiff,<br><br>  v.<br><br>SECURITAS SECURITY SERVICES USA, INC.,<br><br>    Defendant. | Case No. 13-cv-05016-JST<br><br>**SCHEDULING ORDER** |

The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| **Event** | **Deadline** |
|---|---|
| Deadline for Plaintiff to provide Defendant a proposed Third Amended Complaint | 5/6/15 |
| Deadline to file Defendant's motion to enforce arbitration provisions and motion re: preemption | 5/29/15 |
| Deadline to file Plaintiff's motion to toll statute of limitations, motion to file a Third Amended Complaint, and motion to certify a Rule 23 class | 8/7/15 |
| Case management conference | 10/28/15 at 2:00 p.m. |
| Pretrial conference | 3/25/16 at 2:00 p.m. |
| Trial | 4/11/16 at 8:30 a.m. |

Counsel may not modify these dates without leave of court. The parties shall comply with the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

1 The parties must take all necessary steps to conduct discovery, compel discovery, hire
2 counsel, retain experts, and manage their calendars so that they can complete discovery in a timely
3 manner and appear at trial on the noticed and scheduled dates.  All counsel must arrange their
4 calendars to accommodate these dates, or arrange to substitute or associate in counsel who can.

5 Trial dates set by this Court should be regarded as firm.  Requests for continuance are
6 disfavored.  The Court will not consider any event subsequently scheduled by a party, party-
7 controlled witness, expert or attorney that conflicts with the above trial date as good cause to grant
8 a continuance.  The Court will not consider the pendency of settlement discussions as good cause
9 to grant a continuance.

10 IT IS SO ORDERED.

11 Dated:  April 30, 2015

_____
JON S. TIGAR
United States District Judge