EDUARDO G. ROY (Bar No. 146316)
DANIEL C. QUINTERO (Bar No. 196492)
JILL DESSALINES (Bar No. 123825)
JOHN R. HURLEY (Bar No. 203641)
PROMETHEUS PARTNERS L.L.P.
220 Montgomery Street Suite 1094
San Francisco, CA 94104
Telephone: 415.527.0255

Attorneys for Plaintiffs
Michael Deatrick, et al.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DEATRICK, individually and on behalf of all others similarly situated, and as representative of the State of California,<br><br>Plaintiff,<br><br>v.<br><br>SECURITAS SECURITY SERVICES USA, INC.,<br><br>Defendant. | Case No.: 3:13-cv-5016 JST<br><br>**STIPULATION AND [PROPOSED] ORDER RE FILING OF AND RESPONDING TO THIRD AMENDED COMPLAINT**<br><br>**F.R.C.P. 15** |

Plaintiffs Michael Deatrick, the Opt-in Plaintiffs, and Defendant Securitas Security Services USA, Inc. ("Securitas USA") hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed his original Complaint in this action on October 28, 2013, and a Second Amended Complaint is the currently operative pleading;

WHEREAS Federal Rule of Civil Procedure 15(a) provides that leave to amend "shall be freely given when justice so requires;

WHEREAS Securitas USA does not oppose and agrees to the Amendment;

WHEREAS Securitas USA reserves all rights to challenge the pleading, and the allegations set forth therein, at the appropriate time(s).

IT IS THEREFORE STIPULATED AND AGREED AS FOLLOWS:

1. That Plaintiff shall be given leave to file the Third Amended Complaint submitted

1    concurrently with this stipulation; within five court days of this order.

                                    ten court days thereafter
2        2.  That Securitas USA shall have 14 days from the date of the order on this stipulation in

3    which to Answer or otherwise respond to the Third Amended Complaint.

4        Pursuant to Local Rule 5-1(i)(3), the undersigned filer of this document hereby attests that

5    concurrence in the filing has been obtained from each of the other signatories, which shall serve in lieu

6    of their signatures on the document.

7    IT IS SO STIPULATED.

8
     DATED:  May 18, 2015                    Respectfully submitted,
9
                                             PROMETHEUS PARTNERS L.L.P.
10

11
                                   By:    /s/ John R. Hurley
12                                        John R. Hurley, Esq.
                                          Attorneys for Plaintiffs Michael Deatrick, et al.
13

14

15   DATED:  May 18, 2015                    Respectfully submitted,

16                                           THARPE & HOWELL, LLP

17
                                   By:    /s/ Sherry B. Shavit
18                                        Sherry B. Shavit, Esq.
19                                        Attorneys for Defendant Securitas
                                          Security Services USA, Inc.
20

21   PURSUANT TO STIPULATION, IT IS SO ORDERED.

22
     DATED:  May 20, 2015
23

24

25
                                   By:
26                                        IT IS SO ORDERED
                                          AS MODIFIED
27                                        Jon
                                          Judge Jon S. Tigar
28

                                    2