1  SHERRY B. SHAVIT, ESQ.; STATE BAR NO.: 193222
       E-mail: sshavit@tharpe-howell.com
2  STUART E. COHEN, ESQ.; STATE BAR NO.: 213810
     E-mail: scohen@tharpe-howell.com
3    **THARPE & HOWELL, LLP**
     15250 Ventura Blvd., Ninth Floor
4    Sherman Oaks, CA 91403
       Tel: (818) 205-9955
5    Fax: (818) 205-9944

6
7  J. KEVIN LILLY, ESQ.; STATE BAR NO.: 119981
       E-mail: klilly@littler.com
8    **LITTLER MENDELSON PC**
     2049 Century Park East, 5th Floor
9    Los Angeles, CA 90067
       Tel: (310) 553-0308
       Fax: (310) 553-5583
10
11 Attorneys for Defendant,
   SECURITAS SECURITY SERVICES, USA, INC.

12

13               UNITED STATES DISTRICT COURT

14          FOR THE NORTHERN DISTRICT OF CALIFORNIA

15

16 | MICHAEL DEATRICK, individually | Case No.: 3:13-cv-05016-JST |

MICHAEL DEATRICK, individually
17 and on behalf of all others similarly
situated, and as representative of the
18 State of California,                    **JOINT STIPULATION AND**
                                          **[PROPOSED] ORDER EXTENDING**
19            Plaintiff,                   **TIME TO FILE OPPOSITION AND**
                                          **REPLY BRIEFS TO (1) DEFENDANT'S**
20 v.                                      **MOTION TO ENFORCE**
                                          **COLLECTIVE ACTION WAIVER OF**
21 SECURITAS SECURITY SERVICES            **COVERED PLAINTIFFS PURSUANT**
   USA, INC.,                             **TO DISPUTE RESOLUTION**
22                                         **AGREEMENTS, AND (2)**
            Defendant.                    **DEFENDANT'S MOTION FOR**
23                                         **PARTIAL SUMMARY JUDGMENT AS**
                                          **TO EMPLOYEES SUBJECT TO**
24                                         **COLLECTIVE BARGAINING**
                                          **AGREEMENTS**
25
                                          Date:        July 16, 2015
26                                         Time:        2:00 p.m.
                                          Courtroom:   9
27

28
                                    -1-
JOINT STIPULATION FOR ORDER EXTENDING TIME TO FILE OPPOSITION AND REPLY
BRIEFS TO THE JULY 16, 2015 MOTIONS OF DEFENDANT
                                                   3:13-cv-05016-JST

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

## I.   <u>INTRODUCTION</u>

Pursuant to Civil Local Rules 6-1(b), 6-2 and 7-12, the undersigned counsel hereby jointly request an order extending the time for the parties to file their respective opposition and reply papers to (1) Defendant's Motion to Enforce Collective Action Waiver of Covered Plaintiffs Pursuant to Dispute Resolution Agreements, and (2) Defendant's Motion for Partial Summary Judgment as to Employees Subject to Collective Bargaining Agreements (collectively herein as the "Motions").

The Motions are set for hearing on July 16, 2015.

## II.   <u>THE REQUESTED ORDER TO EXTEND TIME IS APPROPRIATE</u>

Pursuant to Local Rule 6-2(a), parties filing a stipulation requesting an order extending time must (1) set forth with particularity the reasons for the requested change, (2) disclose all previous time modifications in the case, whether by stipulation or Court order, and (3) describe the effect that the requested time modification would have on the schedule for the case.

### A.   Reasons for the Requested Relief

The parties participated in a private mediation on April 22, 2015.  Although the parties were unable to resolve the case that day, settlement discussions have continued with the mediator's assistance.  On Friday, June 5, a mediator's proposal was circulated with a deadline to respond on or before June 10, 2015.  Defendant Securitas Security Services USA, Inc. has requested an additional 48 hours to respond, which would be the same day as the current deadline for Plaintiff to file his oppositions to the Motions.  Plaintiff has agreed to extend the deadline to respond to the mediator's proposal in exchange for Defendant's agreement to extend, in like kind, the time Plaintiff has to file his oppositions.  Defendant's time to file its reply briefs would likewise be extended.  To the extent that this matter could be settled without the need for the additional incurrence of attorneys' fees in having to draft the oppositions to the Motions, the parties have entered into the stipulation below.

**B.     Previous Time Modifications**

Pursuant to Local Rule 6-2(a)(2), no other time modifications with respect to the Motions have been previously made or requested.

**C.     Effect on Case Schedule**

Pursuant to Local Rule 6-2(a)(3), the requested extension would have no effect on the case schedule other than fostering efficiency and the best interests of the parties involved.  The hearing date for the Motions would remain the same.

## III.   <u>STIPULATION</u>

THE PARTIES HEREBY STIPULATE, by and through their respective counsel, and respectfully request that the Court modify the briefing deadlines for the Motions as follows:

- Plaintiff's time to file and serve oppositions to the Motions is extended from June 12, 2015 to **June 16, 2015**.
- Defendant's time to file and serve any reply briefs to the Motions is extended from June 19, 2015 to **June 23, 2015**.
- The hearing date and time on the Motions shall remain as calendared on July 16, 2015 at 2:00 p.m.

///
///
///
///
///
///
///
///
///
///
///

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

I, Sherry B. Shavit, am the ECF User whose identification and password are being used to file this Stipulation.  In compliance with Local Rule 5-1(i)(3), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

**IT IS SO STIPULATED.**

Dated: June 10, 2015                        LITTLER MENDELSON PC
                                            J. KEVIN LILLY

                                            THARPE & HOWELL, LLP

                                            By:  /s/ Sherry B. Shavit
                                                 SHERRY B. SHAVIT
                                                 STUART E. COHEN
                                                 Attorneys for Defendant,
                                                 SECURITAS SECURITY SERVICES
                                                 USA. INC.

Dated: June 10, 2015                        PROMETHEUS PARTNERS L.L.P.


                                            By:  /s/ John R. Hurley
                                                 JOHN R. HURLEY
                                                 Attorneys for Plaintiffs,
                                                 MICHAEL DEATRICK. et al.


PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED:    June 10, 2015

                                            HON.
                                            United                              ge

IT IS SO ORDERED

Judge Jon S. Tigar

- 4 -
JOINT STIPULATION FOR ORDER EXTENDING TIME TO FILE OPPOSITION AND REPLY
BRIEFS TO THE JULY 16, 2015 MOTIONS OF DEFENDANT
3:13-cv-05016-JST

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221