EDUARDO G. ROY (Bar No. 146316)
DANIEL C. QUINTERO (Bar No. 196492)
JILL DESSALINES (Bar No. 123825)
JOHN R. HURLEY (Bar No. 203641)
PROMETHEUS PARTNERS L.L.P.
220 Montgomery Street Suite 1094
San Francisco, CA 94104
Telephone: 415.527.0255

Attorneys for Plaintiffs
Michael Deatrick, et al.

SHERRY B. SHAVIT, ESQ.; STATE BAR NO.: 193222
STUART E. COHEN, ESQ.; STATE BAR NO.: 213810
THARPE & HOWELL, LLP
15250 Ventura Blvd., Ninth Floor
Sherman Oaks, CA 91403
Tel: (818) 205-9955
Fax: (818) 205-9944

J. KEVIN LILLY, ESQ.; STATE BAR NO.: 119981
LITTLER MENDELSON PC
2049 Century Park East, 5th Floor
Los Angeles, CA 90067
Tel: (310) 553-0308
Fax: (310) 553-5583

Attorneys for Defendant,
SECURITAS SECURITY SERVICES, USA, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DEATRICK, individually and on behalf of all others similarly situated, and as representative of the State of California, et al.<br><br>    Plaintiff,<br><br>    v.<br><br>SECURITAS SECURITY SERVICES USA, INC.,<br><br>    Defendant. | Case No.: 3:13-cv-5016 JST<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER REGARDING SETTLEMENT** |

1  Plaintiffs Michael Deatrick, the Opt-in Plaintiffs, and Defendant Securitas Security Services

2  USA, Inc. ("Securitas USA") hereby stipulate and agree as follows:

3  WHEREAS, the parties submitted a STIPULATION AND [PROPOSED] ORDER

4  REGARDING SETTLEMENT AND VACATING MOTION DATES [ECF 140] on June 16, 2015,

5  informing that Court that they had reached agreement on the general terms of settlement in this action.

6  WHEREAS, the Court accepted the Parties' stipulation and ordered [ECF 141] that a motion for

7  approval be submitted by August 7, 2015.

8  WHEREAS, the parties have been working diligently to negotiate additional necessary terms and

9  finalize a settlement agreement.

10  WHEREAS, due to the number and complexity of issues the parties require additional time to

11  document the settlement and submit a motion for approval.

12  The Parties THEREFORE STIPULATE, AGREE AND REQUEST AS FOLLOWS:

13  1.  That the Court continue the current deadline of August 7, 2015, for the Plaintiffs to file a

14  motion for conditional certification of a settlement class or classes and for preliminary

15  approval of settlement to August 21, 2015.

16  Pursuant to Local Rule 5-1(i)(3), the undersigned filer of this document hereby attests that

17  concurrence in the filing has been obtained from each of the other signatories, which shall serve in lieu

18  of their signatures on the document.

19

20

21  IT IS SO STIPULATED.

22

23  DATED:  August 6, 2015                    Respectfully submitted,

PROMETHEUS PARTNERS L.L.P.

24

25

26  By:    /s/ John R. Hurley

John R. Hurley, Esq.

27  Attorneys for Plaintiffs Michael Deatrick, et al.

28

1   DATED:  August 6, 2015                Respectfully submitted,

2                                         THARPE & HOWELL, LLP

3

4                              By:    /s/ Sherry B. Shavit
                                      Sherry B. Shavit, Esq.
5                                     Attorneys for Defendant Securitas
                                      Security Services USA, Inc.
6

7   PURSUANT TO STIPULATION, IT IS SO ORDERED.

8

9   DATED:        August 6, 2015

10

11

12                           By:

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING SETTLEMENT
                                          Case no. 3:13-cv-5016 JST