SHERRY B. SHAVIT, ESQ.; STATE BAR NO.: 193222
    E-mail: sshavit@tharpe-howell.com
STUART E. COHEN, ESQ.; STATE BAR NO.: 213810
    E-mail: scohen@tharpe-howell.com
**THARPE & HOWELL, LLP**
15250 Ventura Blvd., Ninth Floor
Sherman Oaks, CA 91403
    Tel: (818) 205-9955
    Fax: (818) 205-9944


J. KEVIN LILLY, ESQ.; STATE BAR NO.: 119981
    E-mail: klilly@littler.com
**LITTLER MENDELSON PC**
2049 Century Park East, 5th Floor
Los Angeles, CA 90067
    Tel: (310) 553-0308
    Fax: (310) 553-5583

Attorneys for Defendant,
SECURITAS SECURITY SERVICES, USA, INC.

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DEATRICK, individually and on behalf of all others similarly situated, and as representative of the State of California,<br><br>              Plaintiff,<br><br>v.<br><br>SECURITAS SECURITY SERVICES USA, INC.,<br><br>              Defendant. | Case No.: 3:13-cv-05016-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE MOTION FOR CONDITIONAL CERTIFICATION OF A SETTLEMENT CLASS OR CLASSES AND FOR PRELIMINARY APPROVAL OF SETTLEMENT** |

I.      **INTRODUCTION**

Pursuant to Civil Local Rules 6-1(b), 6-2 and 7-12, the undersigned counsel hereby jointly request an order extending the time for the parties to file a motion for conditional certification of a settlement class or classes and for preliminary approval of settlement (herein the "Motion").  On June 18, 2015, this Court set a deadline for the Motion to be filed on August 21, 2015.  (ECF Doc. No. 143.)

II.     **THE REQUESTED ORDER TO EXTEND TIME IS APPROPRIATE**

Pursuant to Local Rule 6-2(a), parties filing a stipulation requesting an order extending time must (1) set forth with particularity the reasons for the requested change, (2) disclose all previous time modifications in the case, whether by stipulation or Court order, and (3) describe the effect that the requested time modification would have on the schedule for the case.

A.      **Reasons for the Requested Relief**

The parties have reached an agreement on the general terms of settlement on behalf of all opt-in plaintiffs nationwide and a conditionally-certified Rule 23 class or classes.

The parties continue to work diligently to negotiate additional and necessary terms and finalize a settlement agreement.  Due to the number and complexity of issues, and need of various parties to review the drafts, additional time to document the settlement, prepare the Motion and submit the Motion is needed.  The parties believe that an additional two (2) weeks are needed to iron out the remaining details of the settlement agreement, obtain all signatures, and finalize the Motion.

B.      **Previous Time Modifications**

The Court initially set an August 7, 2015 deadline to file the Motion.  (ECF Doc. No. 141.)

Due to the need for additional time to draft the settlement agreement and Motion, the parties stipulated and requested a continuance of the August 7, 2015 deadline to August 21, 2015.  (ECF Doc. No. 142.)  The Court granted the

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

JOINT STIPULATION FOR ORDER CONTINUING TIME TO FILE MOTION FOR CONDITIONAL
CERTIFICATION AND FOR PRELIMINARY APPROVAL
3:13-cv-05016-JST

1  stipulation and continued the deadline to file the Motion to August 21, 2015.  (ECF
2  Doc. No. 143.)

3      **C.      Effect on Case Schedule**

4      Pursuant to Local Rule 6-2(a)(3), the requested extension would have no effect
5  on the case schedule other than fostering efficiency and the best interests of the
6  parties involved.

7  **III.   <u>STIPULATION</u>**

8      THE PARTIES HEREBY STIPULATE, by and through their respective
9  counsel, as follows:

10      • That the Court continue the current deadline of August 21, 2015 to
11          September 4, 2015, for the Plaintiffs to file a motion for conditional
12          certification of a settlement class or classes and for preliminary approval
13          of settlement.

14

15      I, Sherry B. Shavit, am the ECF User whose identification and password are
16  being used to file this Stipulation.  In compliance with Local Rule 5-1(i)(3), I attest
17  that all other signatories listed, and on whose behalf the filing is submitted, concur in
18  the filing's content and have authorized the filing.

19

20  **IT IS SO STIPULATED.**

21

22  Dated: August 21, 2015                    LITTLER MENDELSON PC
23                                            J. KEVIN LILLY

24                                            THARPE & HOWELL, LLP

25                                            By:  /s/ Sherry B. Shavit
26                                                 SHERRY B. SHAVIT
27                                                 STUART E. COHEN
                                                   Attorneys for Defendant,
28                                                 SECURITAS SECURITY SERVICES
                                                   USA, INC.

- 3 -

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

Dated: August 21, 2015                     PROMETHEUS PARTNERS L.L.P.


                                    By:   /s/ John R. Hurley
                                          JOHN R. HURLEY
                                          Attorneys for Plaintiffs,
                                          MICHAEL DEATRICK. et al.


PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED:   August 25, 2015



IT IS SO ORDERED

Judge Jon S. Tigar

THARPE & HOWELL, LLP<br>
15250 Ventura Boulevard, Ninth Floor<br>
Sherman Oaks, California 91403-3221

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 4 -