UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DEATRICK,<br><br>    Plaintiff,<br><br>    v.<br><br>SECURITAS SECURITY SERVICES USA, INC.,<br><br>    Defendant. | Case No. 13-cv-05016-JST<br><br>**ORDER RE: JOINT STIPULATION EXTENDING TIME**<br><br>Re: ECF No. 146 |

The Court has received the parties' Joint Stipulation, dated September 4, 2015, requesting an extension of time to file a motion for conditional certification of a settlement class or classes and for preliminary approval of settlement. ECF No. 146. The request is granted. The current deadline of September 4, 2015 is continued to September 15, 2015. The parties are advised that no further extensions of time will be granted.

IT IS SO ORDERED.

Dated: September 9, 2015.

                                              JON S. TIGAR
                                          United States District Judge