**DENIED**
Judge Jon S. Tigar

SHERRY B. SHAVIT, ESQ.; STATE BAR NO. 198222
  E-mail: sshavit@tharpe-howell.com
STUART E. COHEN, ESQ.; STATE BAR NO. 213915
  E-mail: scohen@tharpe-howell.com
**THARPE & HOWELL, LLP**
15250 Ventura Blvd., Ninth Floor
Sherman Oaks, California 91403
Tel: (818) 205-9955
Fax: (818) 205-9944

J. KEVIN LILLY, ESQ.; STATE BAR NO.: 119981
  E-mail: klilly@littler.com
**LITTLER MENDELSON PC**
2049 Century Park East, 5th Floor
Los Angeles, CA 90067
Tel: (310) 553-0308
Fax: (310) 553-5583

Attorneys for Defendant,
SECURITAS SECURITY SERVICES USA, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DEATRICK, individually and on behalf of all others similarly situated, and as representative of the State of California,<br><br>Plaintiff,<br><br>v.<br><br>SECURITAS SECURITY SERVICES USA, INC.,<br><br>Defendant. | Case No.: 3:13-cv-05016-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO APPEAR BY TELEPHONE AT THE CASE MANAGEMENT CONFERENCE**<br><br>Date:      October 28, 2015<br>Time:      2:00 p.m.<br>Courtroom: 9 |

- 1 -
JOINT STIPULATION AND [PROPOSED] ORDER TO APPEAR BY TELEPHONE AT THE CASE
MANAGEMENT CONFERENCE
3:13-cv-05016-JST

Plaintiff MICHAEL DEATRICK and Defendant SECURITAS SECURITY SERVICES USA, INC., by and through their counsel of record, hereby stipulate that, in the event the Court does not vacate the currently scheduled October 28, 2015 Case Management Conference (*see* ECF Doc. No. 148 for the Parties' request that the conference be vacated), they agree to appear by telephone at the conference.

I, Sherry B. Shavit, am the ECF User whose identification and password are being used to file this Stipulation. In compliance with Local Rule 5-1(i)(3), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

IT IS SO STIPULATED.

Dated: October 14, 2015           THARPE & HOWELL, LLP

By: /s/ Sherry B. Shavit
SHERRY B. SHAVIT
Attorneys for Defendant,
SECURITAS SECURITY SERVICES, USA, INC.

Dated: October 14, 2015           PROMETHEUS PARTNERS L.L.P

By: /s/ John R. Hurley
JOHN R. HURLEY
Attorneys for Plaintiff,
MICHEAL DEATRICK

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:                             By: _____
JON S. TIGAR
United States District Court Judge

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

1. At the time of service I was at least 18 years of age and **not a party to this legal action.**
2. My business address is 15250 Ventura Boulevard, Ninth Floor, Sherman Oaks, CA 91403.
3. I served copies of the following documents (specify the exact title of each document served):

   **JOINT STIPULATION AND [PROPOSED] ORDER TO APPEAR BY TELEPHONE AT THE CASE MANAGEMENT CONFERENCE**

4. I served the documents listed above in item 3 on the following persons at the addresses listed:

| | |
|---|---|
| Eduardo G. Roy, Esq.<br>John R. Hurley, Esq.<br>PROMETHEUS PARTNERS L.L.P<br>220 Montgomery Street, Suite 1094<br>San Francisco, CA 94104<br>Tel: (415) 527-0255 | Attorneys for Plaintiff,<br>MICHAEL DEATRICK |
| J. Kevin Lilly, Esq.<br>LITTLER MENDELSON PC<br>2049 Century Park East, 5th Floor<br>Los Angeles, CA 90067<br>Tel: (310) 553-0308<br>Fax: (310) 553-5583 | Co-Counsel for Defendant,<br>SECURITAS SECURITY SERVICES USA, INC. |

5. a. ___ **By personal service.** I personally delivered the documents on the date shown below to the persons at the addresses listed above in item 4. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party delivery was made to the party or by leaving the documents at the party's residence between the hours of eight in the morning and six in the evening with some person not less than 18 years of age.

   b. ___ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 4 and *(specify one)*:

   (1) ___ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid on the date shown below, or

(2) ___ placed the envelope for collection and mailing on the date shown below, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Sherman Oaks, California.

c. ___ **By overnight delivery.** I enclosed the documents on the date shown below in an envelope or package provided by an overnight delivery carrier and addressed to the person at the addresses in item 4. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

d. ___ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents on the date shown below to the fax numbers of the persons listed in item 4. No error was reported by the fax machine that I used. A copy of the fax transmission, which I printed out, is attached to my file copy.

e. _X_ **By e-mail or electronic transmission.** Based on an agreement of the parties to accept service by e-mail or electronic transmission, I caused all of the pages of the above-entitled document(s) to be electronically filed and served on designated recipients through the Electronic Case Filing system for the above-entitled case. The file transmission was reported as successful and a copy of the Electronic Case Filing Receipt will be maintained with the original document(s) in our office.

6. I served the documents by the means described in item 5 on *(date): 10/14/15*

I declare that I am employed in the office of a member of this bar of this court, at whose direction the service was made.

| 10/14/15 | DARLENE DUARTE | *(signature)* |
|---|---|---|
| DATE | (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |

I:\25000-000\25909\PLEADINGS\FEDERAL\JOINT STIP AND ORDER TO APPEAR BY TELEPHONE AT CMC.DOCX

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221