EDUARDO G. ROY (Bar No. 146316)
JOHN R. HURLEY (Bar no. 203641)
PROMETHEUS PARTNERS L.L.P.
220 Montgomery Street Suite 1094
San Francisco, CA 94104
Telephone: 415.527.0255

Attorneys for Plaintiffs
MICHAEL DEATRICK, et al.

SHERRY B. SHAVIT, ESQ.; STATE BAR NO.: 193222
E-mail: sshavit@tharpe-howell.com
STUART E. COHEN, ESQ.; STATE BAR NO.: 213810
E-mail: scohen@tharpe-howell.com
THARPE & HOWELL, LLP
15250 Ventura Blvd., Ninth Floor
Sherman Oaks, California  91403
Tel: (818) 205-9955
Fax: (818) 205-9944

J. KEVIN LILLY, ESQ.; STATE BAR NO.: 119981
E-mail: klilly@littler.com
LITTLER MENDELSON PC
2049 Century Park East, 5th Floor
Los Angeles, CA 90067
Tel: (310) 553-0308
Fax: (310) 553-5583

Attorneys for Defendant,
SECURITAS SECURITY SERVICES USA, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DEATRICK, individually and on behalf of all others similarly situated, and as representative of the State of California, et al., | Case No.: 3:13-cv-5016 JST |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER VACATING TRIAL DATE** |
| v. | |
| SECURITAS SECURITY SERVICES USA, INC., | |
| Defendant. | |

1    Plaintiff Michael Deatrick, individually and as representative of the conditionally-certified

2    California settlement class, the FLSA opt-in plaintiffs and Defendant Securitas Security Services USA,

3    Inc. ("Defendant") hereby stipulate and request that the Court vacate the trial date and final pretrial

4    conference date based on the settlement of the Parties and the concurrent filing of Plaintiff's Amended

5    Motion for Preliminary Approval of Settlement.

6    **Reasons for the Requested Relief**

7    Plaintiff filed a Motion for Conditional Class Certification and Preliminary Approval of

8    Settlement (ECF 152) on November 9, 2015.  Hearing on the motion was set for January 7, 2016.

9    On December 21, 2015, this Court issued an Order Vacating Hearing (ECF 154) finding the

10   motion suitable for disposition without oral argument and vacating the hearing date.

11   On February 24, 2016, this Court issued an Order Granting Motion for Conditional Class

12   Certification and Denying Motion for Preliminary Approval of Settlement (ECF 155), in which the

13   Court denied preliminary settlement approval for reasons related to the notice and claims process for the

14   California settlement class.

15   Immediately upon receipt of the Court's Order, the Parties, through counsel, began

16   communicating and negotiating to reform their proposed settlement and address the issues raised by the

17   Court.

18   The Parties have reached agreement and have executed an Amended Joint Stipulation and

19   Settlement of Class Action Claims.  This agreement for settlement has been submitted as a supporting

20   document to Plaintiff's Amended Motion for Preliminary Approval of Settlement, which has been

21   concurrently filed the same day as this stipulation.

22   By Scheduling Order (ECF 128) dated April 30, 2015, this Court set the following dates related

23   to trial of this matter:

24   • Final pretrial conference 3/25/16 at 2:00 p.m.

25   • Trial to commence 4/11/16 at 8:30 a.m.

26   **Previous Time Modifications**

27   These dates have not been previously modified.

28

STIPULATION TO VACATE TRIAL DATE
                                                       Case No.: 3:13-cv-5016 JST

1

2     **Effect on Case Schedule**

3           Vacating the pretrial conference and trial dates would allow the Court to rule on the concurrent

4     and pending Amended Motion for Preliminary Approval of Settlement and to resolve the case without

5     trial.

6           **STIPULATION**

7           Based on the matters set forth above, THE PARTIES HEREBY STIPULATE AND REQUEST,

8     by and through their respective counsel, as follows:

9                              • That the Court vacate the date for the pretrial conference, currently set for

10                                 3/25/16 at 2:00 p.m.

11                             • That the Court vacate the dates for trial, currently set to commence on 4/11/16

12                                 at 8:30 a.m.

13          Pursuant to Local Rule 5-1(i)(3), the undersigned filer of this document hereby attests that

14    concurrence in the filing has been obtained from each of the other signatories, which shall serve in lieu

15    of their signatures on the document.

16          IT IS SO STIPULATED.

17    Dated: March 8, 2016                        LITTLER MENDELSON PC
                                                  J. KEVIN LILLY
18

19                                                THARPE & HOWELL, LLP

20                                         By:    /s/ Sherry B. Shavit
                                                  SHERRY B. SHAVIT
21                                                Attorneys for Defendant,
                                                  SECURITAS SECURITY SERVICES USA,
22                                                INC.

23
      Dated: March 8, 2016                        PROMETHEUS PARTNERS L.L.P.
24

25                                         By:    /s/ John R. Hurley
26                                                JOHN R. HURLEY
                                                  Attorneys for Plaintiffs,
27                                                MICHAEL DEATRICK, et al.

28

1

2     PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4

5

6     DATED: March 9, 2016                          _____

                                                    HON. JON S. TIGAR

7                                                   United States District Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28