EDUARDO G. ROY (Bar No. 146316)
JOHN R. HURLEY (Bar no. 203641)
PROMETHEUS PARTNERS L.L.P.
220 Montgomery Street Suite 1094
San Francisco, CA 94104
Telephone: 415.527.0255

Attorneys for Plaintiffs
MICHAEL DEATRICK, et al.

SHERRY B. SHAVIT, ESQ.; STATE BAR NO.: 193222
E-mail: sshavit@tharpe-howell.com
STUART E. COHEN, ESQ.; STATE BAR NO.: 213810
E-mail: scohen@tharpe-howell.com
THARPE & HOWELL, LLP
15250 Ventura Blvd., Ninth Floor
Sherman Oaks, California  91403
Tel: (818) 205-9955
Fax: (818) 205-9944

J. KEVIN LILLY, ESQ.; STATE BAR NO.: 119981
E-mail: klilly@littler.com
LITTLER MENDELSON PC
2049 Century Park East, 5th Floor
Los Angeles, CA 90067
Tel: (310) 553-0308
Fax: (310) 553-5583

Attorneys for Defendant,
SECURITAS SECURITY SERVICES USA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DEATRICK, individually and on behalf of all others similarly situated, and as representative of the State of California, et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>SECURITAS SECURITY SERVICES USA, INC.,<br><br>　　　　　　　　Defendant. | Case No.: 3:13-cv-5016 JST<br><br>**STIPULATION AND [PROPOSED] ORDER FOR APPROVAL OF REVISED CLASS NOTICE AND MAILING DATE** |

Plaintiff Michael Deatrick, individually and as representative of the conditionally-certified settlement class, the FLSA opt-in plaintiffs and Defendant Securitas Security Services USA, Inc. ("Defendant") hereby stipulate and request that the Court approve a revision to the Class Notice approved by the Court in its ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL OF AMENDED SETTLEMENT ["Preliminary Approval Order"] (ECF No. 161).  Although the Parties do not believe that the proposed revision is material, it does reflect a change to the Class Notice approved by the Court, and the proposed change necessitates a different mailing date.  The Parties therefore jointly request approval of a revised Class Notice and mailing date for the reasons set forth herein.

**Reasons for the Requested Relief**

1. In bring his Motion for Conditional Class Certification and Preliminary Approval of Settlement (ECF No. 152) and Motion for Preliminary Approval of Amended Settlement and Modification of End-Date of Settlement Class (ECF No. 156), Plaintiff represented that 11,267 persons (in addition to those California employees who had already opted in) would be included in the conditionally-certified California Class.  *See, e.g.*, Declaration of John R. Hurley (ECF 156-5 at ¶ 20. Based on this figure and the number of persons who had already opted in to the FLSA collective action, it was anticipated that the settlement would provide payment to a total of 35,548 persons.

2. Based on the sum of $1,385,000 allocated to individual settlement awards under the proposed settlement, the average pretax payment to class members would be approximately $38.96.  Pursuant to the Preliminary Approval Order, this figure would be disclosed in the Class Notice.  (ECF 161 at p. 10:2-6; ECF 156-2 at p. 2 § 4.)

3. Upon issuance of the Preliminary Approval Order, Defendant Securitas USA worked diligently to generate and provide a class list to the settlement administrator as required by the Court's Order, and provided an initial class list to the settlement administrator on April 28, 2016.

4. Based on the number of persons on the initial class list, Plaintiffs' counsel raised concerns regarding the methodology used to generate the list.  The Parties met and conferred repeatedly regarding those concerns in order to ensure that the class list properly encompassed the conditionally-certified California settlement class.  These efforts resulted in two further iterations of the class list.

5. The Parties are in agreement that the third and final iteration of the class list properly

1  encompasses the conditionally-certified California Class.  This final list was provided to the settlement administrator on May 10, 2016.

6. Based on the final class list, notice would be sent to a slightly higher number of persons than originally anticipated.  Specifically, the FLSA collective action and the California Class would together encompass 36,092 unique persons rather than the 35,548 persons previously anticipated.  Based on this figure, the average pre-tax settlement share would be approximately $38.37 rather than the figure of $38.96 previously anticipated.

7. The Parties, and specifically Plaintiff and his counsel, believe that this $0.59 decrease in the average settlement amount is not material and that the average settlement amount remains reasonable under the circumstances.

8. Further, because of the time required to meet and confer and generate multiple iterations of the class list, the settlement administrator was unable to send Class Notice by May 7, 2016, which was the date by which Class Notice should have been sent pursuant to the Preliminary Approval Order.  The settlement administrator has advised the Parties that Class Notice can be sent by the new requested date of May 20, 2016.

**Effect on Final Approval**

The Court has scheduled a hearing date of September 22, 2016, for final approval.  The new requested notice date would not require any continuance of that date.

**STIPULATION**

Based on the matters set forth above, THE PARTIES HEREBY STIPULATE AND REQUEST, by and through their respective counsel, as follows:

- That the Court modify the date for mailing of Class Notice set pursuant to its Preliminary Approval Order such that Class Notice shall be mailed on or before May 20, 2016; and

- That the Court approve the mailing of a form of Class Notice which changes the estimated average settlement amount from the $38.96 figure in the previously-approved form of notice (ECF 156-2 at p. 2 § 4) to $38.37.

Pursuant to Local Rule 5-1(i)(3), the undersigned filer of this document hereby attests that

concurrence in the filing has been obtained from each of the other signatories, which shall serve in lieu of their signatures on the document.

IT IS SO STIPULATED.

Dated: May 12, 2016

LITTLER MENDELSON PC
J. KEVIN LILLY

THARPE & HOWELL, LLP

By: /s/ Sherry B. Shavit
SHERRY B. SHAVIT
Attorneys for Defendant,
SECURITAS SECURITY SERVICES USA, INC.

Dated: May 12, 2016

PROMETHEUS PARTNERS L.L.P.

By: /s/ John R. Hurley
JOHN R. HURLEY
Attorneys for Plaintiffs,
MICHAEL DEATRICK, et al.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: May 18, 2016

HON. JON S. TIGAR
United States District Court Judge